FILED
CLERK, U.S. DISTRICT COURT

MAR 1 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Rex Lane Osborn DEFENDANT(S). | CASE NUMBER CR 09-543-SVW ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **Defendant**, IT IS ORDERED that a detention hearing is set for **3-4-11**, _____, at **1:30** ☐ a.m. / ☒ p.m. before the Honorable OSWALD PARADA, in Courtroom 3.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **3/1/11**                    _____
                                     U.S. District Judge/Magistrate Judge